**Order entered February 22, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01333-CV

## IN RE BRUCE BISHOP, Relator

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-14298**

## ORDER
Before Justices Bridges and Brown[1]

Before the Court is real party in interest Margaret O'Brien's motion for rehearing and motion to dismiss. We **DENY** both motions.

/s/     DAVID L. BRIDGES
         JUSTICE

---

[1] Justice Jason Boatright sat on the original panel. However, as of January 1, 2019, he is no longer a member of the Court and did not participate in deciding the motion for rehearing or the motion to dismiss. *See* Tex. R. App. P. 41.1(b).